IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLE MARIE HILL,<br><br>Defendant. | CR 16-31-M-DLC<br><br>FINDINGS AND<br>RECOMMENDATION<br>CONCERNING PLEA<br><br>**FILED**<br>OCT 2 6 2016<br>Clerk, U.S District Court<br>District Of Montana<br>Missoula |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of social security fraud in violation of 42 U.S.C. § 1383a(a)(3) as set forth in Count IV of the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss Counts I, II, III and V of the Indictment.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against her and

1

consequences of pleading guilty to the charge,

3. That the Defendant fully understands her constitutional rights, and the extent to which she is waiving those rights by pleading guilty, and

4. That the plea of guilty is a knowing and voluntary plea, supported by an independent basis in fact sufficient to prove each of the essential elements of the offense charged.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that she fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of Count IV of the Indictment, and that sentence be imposed. I further recommend that Counts I, II, III and V of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 26th day of October, 2016.

Jeremiah C. Lynch
United States Magistrate Judge